Present — Hagarty, Carswell, Adel, Taylor and Lewis, JJ.

GERALDINE GORDEN, Respondent, v. OLIVER A. GORDEN, Appellant.—

Carswell, Johnston, Adel, Taylor and Lewis, JJ., concur.

HATTIE GREENBERG, Appellant, v. PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent.—

Close, P. J., Hagarty, Johnston, Taylor and Lewis, JJ., concur.

LOUIS GREENFIELD, Appellant, v. CITY OF NEW YORK et al., Respondents.—

No opinion. Carswell, Johnston, Adel, Taylor and Lewis, JJ., concur.

In the Matter of the Accounting of FIFTH AVENUE BANK OF NEW YORK et al., as Executors of FRITZ G. SCHMIDT, Deceased. ANNA D. SCHMIDT, Appellant; FIFTH AVENUE BANK OF NEW YORK, as Executor of FRITZ G. SCHMIDT, Deceased, et al., Respondents. (Appeal No. 1.)

No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

In the Matter of the Accounting of FIFTH AVENUE BANK OF NEW YORK et al., as Executors of FRITZ G. SCHMIDT, Deceased. ANNA D. SCHMIDT, Appellant; FIFTH AVENUE BANK OF NEW YORK, as Executor of FRITZ G. SCHMIDT, Deceased, et al., Respondents. (Appeal No. 2.)

No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.